Nov. Term, 1854.

HODSON
v.
MACY.

———————

HODSON, Administrator, *v.* MACY.

Section 66, p. 261, 2 R. S. 1852, gives the Court the discretion in making the allowance of claims against estates, to examine the claimant upon oath; but this section does not apply to regularly instituted suits at law.

*Thursday,*
*December 7.*

APPEAL from the *Henry* Court of Common Pleas.

HOVEY, J.—*Jonathan Macy* filed his complaint against *Hodson*, administrator of *Henry Macy*, deceased, claiming 934 dollars. The defendant answered the complaint, the

cause was tried by the Court, and judgment rendered in favor of *Macy* for 933 dollars. *Hodson* moved for a new trial, after the finding by the Court, but the motion was overruled.

On the trial, *Macy* offered himself as a witness to sustain his suit, and the Court permitted him to testify, notwithstanding *Hodson's* objections. This was erroneous. Section 66, p. 261, 2 R. S. 1852, gives the Court the discretion, in making the allowance of claims against estates, to examine the claimant upon oath; but this section does not apply to regularly instituted suits at law. It is not necessary to decide whether this section is repealed by the acts of 1853, as it has nothing to do with this case.

*Per Curiam.*— The judgment is reversed with costs. Cause remanded, &c.

*W. Grose* and *J. H. Mellett*, for the appellant.

*E. Johnson*, for the appellee.